IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHAWN ANDRE THOMAS | * |
| Plaintiff | * |
| v. | *   Civil Action No. WDQ-11-2907 |
| FREDERICK COUNTY GOVERNMENT, JUDGE THERESA M. ADAMS, and JUDGE JOHN H. TISDALE | * * |
| Defendants | * |

***

## MEMORANDUM

The above-captioned case was filed on October 12, 2011, together with the full filing fee. The Complaint concerns claims against two judges from the Circuit Court for Frederick County, Maryland who presided over Plaintiff's divorce and related matters. ECF No. 1.

The claims against Judge Adams and Judge Tisdale must be dismissed. Claims against judges concerning decisions made in their capacities as judges cannot be maintained as it is prohibited by the doctrine of judicial immunity. *See Forrester v. White*, 484 U.S. 219, 226–27 (1988). The claim against Frederick County Government must also be dismissed. In order to maintain a claim of municipal liability Plaintiff must first establish a constitutional violation by municipal employees. Because his claims against the judges are barred Plaintiff cannot establish municipal liability against Frederick County.

A separate Order follows.

\_\_10/25/11_____           _____
Date                                                             William D. Quarles, Jr.
                                                                       United States District Judge